IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DONALD L. INGALLS, | ) | |
| | ) | Case No. CV-04-295-N-LMB |
| Plaintiffs, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME & |
| | ) | RESCHEDULING HEARING |
| MOBILE CORRAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Currently pending before the Court is Plaintiff's Request for Extension of Time to File Supplemental Brief. (Docket No. 61). On February 15, 2006, the Court entered an Order requiring the parties to submit supplemental briefs and statements of facts by February 24, 2006. (Docket No. 60). Defendants have no objection to the Court extending this deadline. *Response* (Docket No. 62). For this reason, and because the Court finds good cause to grant Plaintiff's request, the deadline for the supplemental briefs and statements of facts required from each party shall be extended to March 21, 2006. As a result, the summary judgment hearing currently scheduled for March 6, 2006 will be re-scheduled for March 24, 2006.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiff's Request for Extension of Time to File Supplemental Brief (Docket No. 61) is GRANTED.  The supplemental briefs and statements of facts required from each party pursuant to this Court's February 15, 2006 Order (Docket No. 60) shall be filed on or before March 21, 2006.

2.   The hearing currently scheduled for March 6, 2006 is hereby VACATED and RE-SET to **March 24, 2006 at 10:00 a.m.** (Pacific Time) before the Honorable Larry M. Boyle at the United States Courthouse/Federal Building, 205 N. 4th Street, Coeur d'Alene, Idaho.

DATED:  **February 22, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge